IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| FRIENDS OF THE WILD SWAN,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL PARK SERVICE,<br><br>Defendant. | CV 25–123–M–DLC<br><br><br><br>ORDER |

The parties have filed a stipulation of dismissal. (Doc. 17.) For good cause appearing,

IT IS ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), on the following terms:

1. Defendant agrees to pay Plaintiff costs and attorney's fees in the amount of $2,397.00, in full and complete satisfaction of any and all claims, demands, rights, and causes of action pursuant to the Freedom of Information Act, 5 U.S.C. § 552(a)(4)(E), and/or any other statute or common law theory, for all attorney's fees and costs incurred by Plaintiff in this litigation. This payment does not constitute acknowledgment by Defendant that Plaintiff is entitled to compensation for fees or costs.

2. Defendant agrees to submit all necessary paperwork for the payment to the appropriate office within thirty (30) business days after this Stipulation of Dismissal is filed with the U.S. District Court for the District of Montana, and after receiving all information from Plaintiff necessary for preparing this paperwork

DATED this 17th day of December, 2025.

_____
Dana L. Christensen, District Judge
United States District Court